No. 01–1547. SOUTH CAMDEN CITIZENS IN ACTION ET AL. *v.* NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION

ET AL. C. A. 3d Cir. Certiorari denied.